IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                                         CASE NO. 1:08-cv-00078-MP-AK

2000 KAWASAKI ZX900E MOTORCYCLE,

    Defendant.

_____/

## O R D E R

This matter is before the Court on the unopposed Motion to Dismiss filed by the United States of America. Having considered the motion and the circumstances of the case, the Court concludes that it should be granted. Accordingly, it is hereby

**ORDERED AND ADJUDGED:**

The Motion to Dismiss (Doc. 11) is granted, and this case is dismissed without prejudice and each party to bear its costs and fees.

**DONE AND ORDERED** this _2nd_ day of March, 2010

                                          *s/Maurice M. Paul*
                                  Maurice M. Paul, Senior District Judge